**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7221**

_____

EDDIE HARRELL,

                                    Petitioner - Appellant,

        versus

CALVIN ANTHONY, Warden; CHARLES M. CONDON, At-
torney General of the State of South Carolina,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-00-510-9-13)

_____

Submitted:  November 9, 2000        Decided:  November 15, 2000

_____

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Eddie Harrell, Appellant Pro Se.  Derrick K. McFarland, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eddie Harrell appeals the district court's order granting summary judgment to the Respondents and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Harrell v. Anthony, No. CA-00-510-9-13 (D.S.C. July 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2